Case 2:23-cr-00018-TOR    ECF No. 1    filed 02/22/23    PageID.1    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2023

SEAN F. MCAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER WILLIAM SHERMAN,<br><br>Defendant. | 2:23-CR-00018-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 912<br>False Impersonation of an<br>Employee of the United States<br>(Counts 1-2) |

The Grand Jury charges:

COUNT 1

On or about November 20, 2022, in the Eastern District of Washington, the Defendant, PETER WILLIAM SHERMAN, did falsely assume and pretend to be an officer and employee of the United States, acting under authority thereof and any department, agency, and officer thereof, that is, a Deputy within the United States Marshals Service, and acted as such, in violation of 18 U.S.C. § 912.

COUNT 2

On or about November 24, 2022, in the Eastern District of Washington, the Defendant, PETER WILLIAM SHERMAN, did falsely assume and pretend to be an

INDICTMENT - 1

officer and employee of the United States, acting under authority thereof and any department, agency, and officer thereof, that is, a Deputy within the United States Marshals Service, and in such assumed and pretended character demanded something of value, in that he demanded All City Bail Bonds pay his bail of $1,500, in violation of 18 U.S.C. § 912.

DATED this 22 day of February, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Timothy Ohms*
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT - 2